| | | |
|---|---|---|
| Iceies B., Matter of (Shacoya L.) | 4th Dept: 148 AD3d 1809 | denied* |
| Isaiah OO., Matter of (Benjamin PP.) | 3d Dept: 149 AD3d 1188 | denied |
| Kellerman, Matter of, v Ross | 2d Dept: 147 AD3d 1056 | denied |
| Lukes Jacob R., Matter of (Cynthia R.) | 1st Dept: 148 AD3d 420 | denied |
| Nolan, Matter of, v Renda | 2d Dept: 149 AD3d 839 | denied |
| Qualiayah J., Matter of (Taneka J.) | 1st Dept: 149 AD3d 495 | denied |
| Raleak H., Matter of (Tracy B.H.) | 4th Dept: 148 AD3d 1786 | denied* |
| Raymond C., Matter of (Maria V.) | 1st Dept: 150 AD3d 476 | denied |
| State of New York, Matter of, v David HH. | 3d Dept: 147 AD3d 1230 | denied |
| Tower Ins. Co. of N.Y. v Anderson | 1st Dept: 133 AD3d 540 | denied |
| 2138747 Ontario, Inc. v Samsung C&T Corp. | 1st Dept: 144 AD3d 122 | granted |
| Tyrone D., Matter of, v State of New York | 4th Dept: 148 AD3d 1682 | denied |
| Williamson v Hodson | 4th Dept: 147 AD3d 1488 | denied |

## Decided June 27, 2017

| | | |
|---|---|---|
| Astoria Landing, Inc., Matter of, v New York City Envtl. Control Bd. | 2d Dept: 148 AD3d 1141 | denied |
| Chappaqua Cent. Sch. Dist. v Philadelphia Indem. Ins. Co. | 2d Dept: 148 AD3d 980 | denied |
| Daniels, Matter of, v Long Is. D.D.S.O. | 3d Dept: 148 AD3d 1482 | denied |
| Eddy v John Hummel Custom Bldrs., Inc. | 2d Dept: 147 AD3d 16 | denied |
| Encarnacion, Matter of, v Price | 1st Dept: 148 AD3d 535 | denied |
| Graham, Matter of, v Firetog | 2d Dept: 149 AD3d 735 | denied* |
| Greenman-Pedersen, Inc. v Berryman & Henigar, Inc. | 1st Dept: 130 AD3d 514 | denied |
| Hobbins v North Star Orthopedics, PLLC | 2d Dept: 148 AD3d 784 | denied |
| Kaprov v Stalinsky | 2d Dept: 145 AD3d 869 | denied |
| Marin v New York City Health & Hosps. Corp. | 1st Dept: 145 AD3d 484 | denied |
| Matthew Louis S., Matter of (Raymond R.) | 1st Dept: 150 AD3d 430 | denied |
| Paino v Reitano | 2d Dept: 142 AD3d 1057 | denied |

* Motion for poor person relief dismissed as academic or denied.